UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-29854 |
| | ) | |
| IRENE OSORIO SIMONENKO, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. BAER |

## NOTICE

**See Attached Service List for Parties and Method of Service.**

Please take notice of the attached Chapter 13 Plan dated January 7, 2020, docket #25.

Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provisions of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on January 7, 2020.

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100

## Service List

**The following parties have been served via electronic mail:**

US Trustee, USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: mcguckin_m@lisle.com

**The following parties have been served via regular US Mail:**

Ms. Irene Osorio Simonenko
656 Fenwick Lane
South Elgin, IL 60177

Cobalt Credit Union
7148 Towne Center Parkway
Papillion, NE 68046

Swift Financial/WebBank
35605 Silverside Rd., Ste. 200
Wilmington, DE 19810

JP Morgan Chase
c/o Robertson, Anschutz & Schneid
6409 Congress Ave., Ste. 100
Boca Raton, FL 33487

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

Wells Fargo Bank
P.O. Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Verizon
American Infosource
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Synchrony Bank
PRA Receivables Management
P.O. Box 41021
Norfolk, VA 23541

Citibank
5800 S. Corporate Place
Sioux Falls, SD  57108-5027

LVNV Funding
Resurgent Capital Services
P.O. Box 10587
Greenville, SC  29603-0587

Lakeview Loan Servicing
Bankruptcy Dept.
3637 Sentara Way
Virginia Beach, VA  23452

Opportunity Financial
130 E. Randolph St., Ste. 3400
Chicago, IL  60601

Commonwealth Edison
Bankruptcy Dept.
1919 Swift Drive
Oak Brook, IL  60523