UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-29854 |
|---|---|---|
| Irene Osorio Simonenko | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | Kane |

**ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER
COURT-APPROVED RETENTION AGREEMENT**
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---:|---|
| $ | 4,000.00 | for legal services through conclusion of the case. |
| $ | 30.00 | for reimbursable expenses. |
| $ | 4,030.00 | **total fees and reimbursement allowed.** |
| -$ | 30.00 | less payment received from debtor before date of application. |
| $ | 4,000.00 | **balance allowed and due to the attorney under this order.** |

Enter:

/s/ Janet S. Baer

Honorable Janet S. Baer

Dated: January 17, 2020                    United States Bankruptcy Judge

**Fees Payable to:**

David M. Siegel

Rev: 4/21/15                                                                              Local Bankruptcy Form 23-3