# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Janet S. Baer | **Hearing Date** | January 17, 2020 |
| **Bankruptcy Case No.** | 19-29854 | **Adversary No.** | |
| **Title of Case** | Irene Osorio Simonenko | | |

**Brief Statement of Motion:** Modification of Chapter 13 Plan

**Names and Addresses of moving counsel:** DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL 60090

**Representing:** DEBTOR(S)

## ORDER

The plan is modified in Part 2 Section 2.3 to check box 1 and uncheck box 3.

*/s/ Janet S. Baer*