UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-29854
IRENE A. OSORIO SIMONENKO, )
) Chapter: 13
) Honorable Janet S. Baer
)
) Kane
Debtor(s) )

# ORDER GRANTING LEAVE TO SELL REAL PROPERTY AND SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtor, due notice having been given to all parties entitled thereto, and the Court having jurisdiction over the matter and being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1) The Debtor is granted leave to sell the real property located at 656 Fenwick Lane, South Elgin, IL 60177, provided that the mortgage lien is paid in full pursuant to a contemporaneous payoff statement secured at the time of closing, and any sale short of a full payoff will be subject to Lakeview Loan Servicing, LLC's final approval.

2) The closing and receipt of funds by the mortgage lienholder will be within 90 days from entry of this order.

3) All non-exempt net proceeds, after all liens on the property are satisfied, shall be paid to the chapter 13 trustee to be applied to the Debtor's chapter 13 plan.

4) Any additional funds shall be property of the Debtor.

5) Leave to shorten notice as given is granted.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 01, 2021

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com